**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ROSENDO MARTINEZ, JR.                                                                                  PLAINTIFF
#33908

V.                                              NO: 2:08CV00183 JLH/HDY

HARRY LAPPIN *et al.*                                                                              DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon

Holmes.  Any party may serve and file written objections to this recommendation.  Objections should

be specific and should include the factual or legal basis for the objection.  If the objection is to a

factual finding, specifically identify that finding and the evidence that supports your objection.  An

original and one copy of your objections must be received in the office of the United States District

Court Clerk no later than eleven (11) days from the date of the findings and recommendations.  The

copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver

of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the
        hearing before the Magistrate Judge.

1

3.      The detail of any testimony desired to be introduced at the
        hearing before the District Judge in the form of an offer of
        proof,  and a copy,  or the original, of any documentary or
        other non-testimonial evidence desired to be introduced at
        the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff filed this complaint (docket entry #2), along with an addendum (docket entry #3),

on October 10, 2008.  On October 28, 2008, the Court entered an order noting that Plaintiff's claim

contained vague, sweeping, claims, and directing him to file an amended complaint within 30 days.

On November 7, 2008, the Court granted Plaintiff an extension of time and directed him to file the

amended complaint within 30 days (docket entry #8).  Although more than 30 days has passed,

Plaintiff has not filed an amended complaint, or otherwise responded to the order.  Under these

circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice

for failure to comply with Local Rule 5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir.

1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and

exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.    Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply

with Local Rule 5.5(c)(2).

      2.     The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action be considered frivolous and not in good faith.

      DATED this   9   day of December, 2008.

 

                                _____

                                UNITED STATES MAGISTRATE JUDGE