**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ROSENDO MARTINEZ, JR. #33908                                                            PLAINTIFF

v.                                          No. 2:08CV00183 JLH

HARRY LAPPIN, Director,
Federal Bureau of Prisons, *et al*.                                                     DEFENDANTS

## ORDER

On December 9, 2008, the magistrate judge submitted a report and recommendation recommending that plaintiff's complaint be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). The plaintiff has objected on the ground that he was in transit from one institution to another and did not receive the orders of the Court in a timely fashion. Therefore, the Court will decline to adopt the report and recommendation of the magistrate judge. Document #13.

The Court will grant the plaintiff one last extension of time within which he must comply with the Order entered on October 28, 2008, directing him to submit an amended complaint containing the information specified in Section III of that Order.

The plaintiff is ordered to submit an amended complaint within 30 days from the entry of this Order setting forth specific facts as to each defendant, describing each defendant's personal participation in each claim that the plaintiff has raised, including the reasons that he believes each was involved in a conspiracy, and the basis for the alleged retaliation. The plaintiff must also identify the medical needs that he alleges were or are unmet and the harm that he has sustained as a result. Where applicable, plaintiff must provide names, dates, and times.

IT IS SO ORDERED this 23rd day of December, 2008.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE